No. 11A1155. Cox *v.* GILSON, WARDEN. Application for certificate of appealability, addressed to JUSTICE SOTOMAYOR and referred to the Court, denied.

No. 12A15 (12–20). COULTER *v.* KELLY, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Application for bail, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2635. IN RE DISBARMENT OF MCALLISTER. Disbarment entered. [For earlier order herein, see 566 U. S. 931.]

No. D–2636. IN RE DISBARMENT OF GUFFEY. Disbarment entered. [For earlier order herein, see 566 U. S. 931.]

No. D–2644. IN RE DISBARMENT OF ABRAMOWITZ. Disbarment entered. [For earlier order herein, see 566 U. S. 932.]

No. D–2660. IN RE DISBARMENT OF BURKE. Disbarment entered. [For earlier order herein, see 566 U. S. 959.]

No. D–2661. IN RE DISBARMENT OF NEWMAN. Disbarment entered. [For earlier order herein, see 566 U. S. 959.]

No. D–2665. IN RE DISCIPLINE OF HOUSE. Juliette Alane House, of Crestwood, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2675. IN RE DISBARMENT OF MATTHEWS. Disbarment entered. [For earlier order herein, see 566 U. S. 973.]

No. D–2685. IN RE DISCIPLINE OF CONOUR. William F. Conour, of Indianapolis, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2686. IN RE DISCIPLINE OF MAHLER. Trent William Mahler, of Milnor, N. D., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.